<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known) 24-803330H2-11          Chapter __11__

Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Henry West NM Coast, LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**
3 3 – 1 7 8 2 1 4 9

**4. Debtor's address**

**Principal place of business**

**Attn: Vinh Truong - Manager**

**1209 Mountain Road Place NW**
Number          Street

**Albuquerque, NM 87110**
City                                        State      ZIP Code

**Bernalillo**
County

**Mailing address, if different from principal place of business**

Number          Street

City                                        State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                                        State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☐  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐  Partnership (excluding LLP)

☑  Other. Specify:     **Limited Liability Company**

Debtor   __Henry West NM Coast, LLC_____   Case number *(if known)* _____
　　　　Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
__5__ __3__ __1__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____ Case number _____
　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　District _____  When _____ Case number _____
　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

　　　　District _____  When _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　Case number, if known _____

Debtor    **Henry West NM Coast, LLC**                                      Case number *(if known)* _____
            Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

|  | Number | Street |
|---|---|---|

_____

|  | City |  | State | ZIP Code |
|---|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

            Contact name  _____

            Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 50-99          ☐ 1,000-5,000   ☐ 5,001-10,000          ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999          ☐ 10,001-25,000          ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000                     ☑ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000          ☐ $10,000,001-$50 million          ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000          ☐ $50,000,001-$100 million          ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million          ☐ $100,000,001-$500 million          ☐ More than $50 billion

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor   __Henry West NM Coast, LLC_____     Case number *(if known)* _____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ▌ Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __11/17/2024_____
              MM/ DD/ YYYY

**X** __/s/ VINH TRUONG_____          _____ **VINH TRUONG**
Signature of authorized representative of debtor        Printed name

Title _____ **MANAGER** _____

**18. Signature of attorney**

**X** _____ __/s/ Robert Vilt_____     Date __11/17/2024_____
Signature of attorney for debtor                              MM/ DD/ YYYY

__Robert Vilt__
Printed name

__Vilt Law, PC_____
Firm name

__5177 Richmond Ave 1142_____
Number          Street

__Houston_____   __TX__      __77056_____
City                                  State      ZIP Code

__(713) 840-7570_____          __clay@viltlaw.com_____
Contact phone                              Email address

__00788586_____          __TX_____
Bar number                                 State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | **$4,794,828.00** |
| b. Total debts (including debts listed in 2.c., below) | **$3,880,080.13** |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

secured ☐ unsecured ☐ subordinated ☐ _____ _____

secured ☐ unsecured ☐ subordinated ☐ _____ _____

secured ☐ unsecured ☐ subordinated ☐ _____ _____

secured ☐ unsecured ☐ subordinated ☐ _____ _____

secured ☐ unsecured ☐ subordinated ☐ _____ _____

d. Number of shares of preferred stock _____

e. Number of shares common stock _____

Comments, if any: _____

_____

3. Brief description of debtor's business _____ Real Estate Investments _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: