United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE SOUTHERN DISTRICT OF TEXAS  
GALVESTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HENRY WEST NM COAST, LLC | § | CASE NO. 24-80333 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**AGREED ORDER DISMISSING CHAPTER 11 CASE  
WITH 180-DAY PREJUDICE TO RE-FILING ANOTHER BANKRUPTCY CASE**

CAME ON to be considered, at the hearing held on December 5, 2024, the United States Trustee's *Motion to Dismiss Case* (the "Motion"). Based on consent of the Debtor and opportunity for hearing having been given by the Court, and it having been shown to the satisfaction of the Court that cause (lack of insurance) exists under 11 U.S.C. § 1112(b) for dismissal of the above-entitled case and the parties are in agreement, it is hereby

1. **ORDERED** that the Motion is **GRANTED;** and it is further

2. **ORDERED** that the above-entitled chapter 11 case is **DISMISSED with 180-days prejudice to file another bankruptcy case;** and it is further

3. **ORDERED** that the Debtor shall file, within five (5) days of the date of entry of this order, all unfiled or outstanding operating reports, pursuant to Federal Rule of Bankruptcy Procedure 2015(a)(5); and it is further

4. **ORDERED** that the Debtor shall pay within ten (10) days of the entry of this Order to the United States Trustee the appropriate quarterly fees which are due and payable pursuant to 28 U.S.C. § 1930(a)(6), if any. The payment must reflect debtor's account number (413-24-80333) and be remitted either: (i) electronically through pay.gov at: https://www.pay.gov/public/form/start/672415208; or, (ii) by mail to the U.S. Bank lockbox at United States Trustee Payment Center, P.O. Box 6200-19, Portland, OR 97228-6200.

5. **ORDERED** that the Court retains jurisdiction to enforce this Order.

Signed: December 05, 2024

Alfredo R Pérez  
United States Bankruptcy Judge

APPROVED, AGREED TO, AND ENTRY REQUESTED:

VILT AND ASSOCIATES, P.C.
5177 Richmond Ave, Suite 1230
Houston, Texas 77056
T: (713) 840-7570
F: (713) 877-1827

By: _/s/ Robert C. Vilt (with permission)_____
      Robert C. Vilt
      SBOT No. 00788586

COUNSEL FOR DEBTOR


APPROVED, AGREED TO, AND ENTRY REQUESTED:

KEVIN M. EPSTEIN UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS
515 Rusk Street, Suite 3516
Houston, TX 77002
T: (713) 718-4650
F: (713) 718-4670

By: _/s/ Jana Smith Whitworth_
      Jana Smith Whitworth
      Trial Attorney
      SBOT 00797453/Federal I.D. 2065
      Email: Jana.Whitworth@usdoj.gov